584

468 A.2d 835

Commonwealth v. Fearn, Appellant.

Sub-
mitted September 30, 1983.  Donald R. Calaiaro, Assistant
Public Defender, for appellant;  Melinda G. Tell, Assistant
District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.

468 A.2d 835

Commonwealth v. Gilbert, Appellant.

Petition for Allowance of Appeal
Denied March 26, 1984.

Submitted February 9, 1983.  Harris Roy Rosen, for appel-
lant; Jane Cutler Greenspan, Assistant District Attorney,
for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.